IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                      Case No. 4:12-cr-00300-11 KGB

**ZACHARY SMITH**                                                       **DEFENDANT**

## ORDER

Before the Court is the United States' motion to dismiss without prejudice the superseding indictment now pending against defendant Zachary Smith (Dkt. No. 282). The Court grants the United States' motion to dismiss without prejudice the superseding indictment, and the superseding indictment now pending against Mr. Smith is hereby dismissed without prejudice.

It is so ordered this 21st day of January, 2016.

_____
Kristine G. Baker
United States District Judge